**Olga Mary LANSING, Plaintiff–Appellant,**

v.

**John McHUGH, Secretary of the Army, Defendant–Appellee.**

No. 11–1288.

United States Court of Appeals, Fourth Circuit.

Submitted: June 30, 2011.

Decided: July 5, 2011.

Olga Mary Lansing, Appellant Pro Se. Leslie Marie Gardner, Erik W. Lang, Office of the United States Attorney, Alexandria, Virginia, for Appellee.

Before WILKINSON, DUNCAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Olga Mary Lansing appeals the district court's order granting Defendant's motion to dismiss for lack of jurisdiction, and its subsequent order denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Lansing v. McHugh*, No. 1:10–cv–01305–JCC–IDD (E.D. Va. Mar. 8, 2011 & Apr. 28, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*